UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DASHEME KAREME HOSLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HILL, et al.,<br><br>　　　　Defendants. | No.  2:21-cv-00362-JAM-CKD P<br><br><br><br>ORDER |

　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On August 10, 2021, the undersigned issued Findings and Recommendations to dismiss plaintiff's complaint without prejudice due to his failure to file an amended complaint within the time provided.  Plaintiff has filed objections to the Findings and Recommendations.  Based on plaintiff's objections, the court will vacate its Findings and Recommendations and reset the deadline for filing an amended complaint.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1. The Findings and Recommendations filed August 10, 2021 (ECF No. 11) are vacated.

　　　2.  Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules

of Civil Procedure, and the Local Rules of Practice.  The amended complaint must bear the docket number assigned this case and must be labeled "Amended Complaint."  Failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

Dated:  September 22, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/hosl0362.vacateF&R.docx